Helen Kazmierzak, an Infant, etc., Respondent, v. International Railway Company, Appellant.— Appeal dismissed unless appellant shall pay to respondent's attorney ten dollars and be ready for argument May twentieth.

Clara Foster and Another, Respondents, v. Luther S. Veeder, Appellant.— Appeal dismissed unless appellant shall file and serve the printed papers and printed briefs by May ninth and be ready for argument on May twelfth.

Vito Marchese and Another, Respondents, v. Anthony Marfisi, Appellant. — Appeal dismissed unless appellant shall be ready for argument on May twentieth.

Louise Barry, as Administratrix, etc., of John F. Barry, Deceased, Respondent, v. Erie Railroad Company and Another, as Lessees of the Buffalo Creek Railroad Company, Appellants, Impleaded with Another, Defendant.— Judgment and order affirmed, with costs. All concur.

Angelo Marcucci, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concur.

Vincenza Bongiovanni, Respondent, v. Anthony Buscaglia, Appellant.— Judgment and order affirmed, with costs. All concur.

Frank Bongiovanni, Respondent, v. Anthony Buscaglia, Appellant.— Judgment and order affirmed, with costs. All concur.

William Hornblass, Appellant, v. Rosendo Alarcon, Respondent.— Judgment affirmed, with costs. All concur.

T. & E. Dickinson & Co., Inc., Respondent, v. Carroll M. Hall, Appellant. — Judgment and order affirmed, with costs. All concur.

The People of the State of New York ex rel. International Bridge Company, Appellant, v. State Tax Commission, Respondent.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted.

Caroline Wilks, as Administratrix, etc., Respondent, Appellant, v. New York Telephone Company, Appellant, and Federal Telephone and Telegraph Company, Respondent.— Motion for reargument denied, with ten dollars costs.

In the Matter of the Petition of William H. Hurley for a Certiorari Order against John C. Humphrey and Others.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Elmer G. Porter, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. The embargo, under the rule set forth in Exhibit 8, did not cover the car in question. The defendant took the car for shipment to the point of destination under the terms of the bill of lading. In any event, the question of delay was one of fact.

In the Matter of the Petition of State Commission of Highways, under Section 91 of the Railroad Law,* for an Order Determining that Certain Crossings at Grade in the Town of Ripley Be Changed.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of Proving the Last Will and Testament of Adeline Hyde Kennedy, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Henrietta J. Glass and Others, as Joint Administrators, etc., Respondents, v.

* Amd. by Laws of 1921, chap. 698; 208 App. Div. 827.— [Rep.